UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS SA; BNP PARIBAS NORTH AMERICA; BNP PARIBAS HOUSTON AGENCY; and JOVENAL MIRANDA CRUZ,<br><br>Defendants. | Civil Action No. 4:11cv3718 |

## JUDGMENT AGAINST BNP PARIBAS SA, BNP PARIBAS NORTH AMERICA, INC. AND BNP PARIBAS HOUSTON AGENCY

The Court, having received a copy of the Offer of Judgment by BNP Paribas SA, BNP Paribas North America, Inc., and BNP Paribas Houston Agency pursuant to Federal Rule of Civil Procedure 68 and an Acceptance of that offer by the United States:

IT IS ORDERED that JUDGMENT on all counts and claims be, and is hereby ENTERED in favor of the plaintiff, United States of America, against Defendants BNP Paribas SA, BNP Paribas North America, Inc., and BNP Paribas Houston Agency, in the total amount of $80,000,000 (Eighty Million Dollars);

IT IS FURTHER ORDERED that Defendants BNP Paribas SA, BNP Paribas North America, Inc., and BNP Paribas Houston Agency shall be jointly and severally liable for payment of that judgment; and

IT IS FURTHER ORDERED that this judgment shall accrue interest from the later of July 28, 2014 or the date of entry of judgment as provided in 28 U.S.C. §1961(a).

Pursuant to Federal Rules of Civil Procedure 54(b) and 68, this is a final Order as to these parties.

SIGNED this 24th day of July, 2014.

Sim Lake
UNITED STATES DISTRICT JUDGE