# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BNP PARIBAS SA; BNP PARIBAS NORTH | ) | |
| AMERICA; BNP PARIBAS HOUSTON | ) | Civil Action No. 4:11cv3718 |
| AGENCY; and JOVENAL MIRANDA CRUZ, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a)(2) the United States has agreed, with the assent of defendant Jovenal Miranda Cruz (Cruz), to a dismissal, without prejudice, of its above-captioned action against Cruz.

The United States and Cruz agree that each will bear its own costs, expenses and attorneys' fees. Accordingly,

IT IS ORDERED that this case is DISMISSED without prejudice as to the Defendant Jovenal Miranda Cruz.

IT IS SO ORDERED this ___ day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE